# Third District Court of Appeal

## State of Florida

Opinion filed October 16, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1252
Lower Tribunal No. F97-1108
_____

**Johnny William McIntyre,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Johnny William McIntyre, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for respondent.

Before LOGUE, C.J., and LINDSEY and BOKOR, JJ.

On Motion for Rehearing and/or Clarification

PER CURIAM.

Upon consideration of Petitioner Johnny William McIntyre's Motion for Rehearing and/or Clarification, and the State's Response, we withdraw this Court's July 24, 2024 Order and issue the following in its place. McIntyre petitions this Court for a writ of habeas corpus on the grounds that his habitual felony offender sentences for three felonies committed in 1997 should be reversed. Based on the record before us, we dismiss the petition. See Baker v. State, 878 So. 2d 1236, 1241 (Fla. 2004) (explaining that habeas corpus cannot be used to seek a second appeal or to litigate issues that could have been or were raised in a motion under Florida Rule of Criminal Procedure 3.850).

Petition dismissed.